UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C23-5893 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Plaintiff's Motion For Extension of Time, and that Defendant's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including February 5, 2024, to file Plaintiff's opening brief;

- Defendant shall have up to and including March 6, 2024, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 20, 2024, to file a reply brief.

DATED this 18th day of December, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1