UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENISE JOHNSON,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5893 RSM

**ORDER DENYING PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

      This matter is before the Court on Plaintiff's Motion to Exceed the Page Limit.  Dkt. 10.  Plaintiff requests permission to exceed the limit for her opening brief by 16 pages because "[t]he complex legal argument and voluminous administrative record" cannot be explored within the 18-page limit set by the Court.  *Id*. at 1.  The Court acknowledges that the administrative record includes over 2,600 pages, but as Plaintiff offers no reason as to why this case might be considered unusually complex, the Court **DENIES** Plaintiff's motion.

      DATED this 31st day of January, 2024.

Ricardo S. Martinez
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION TO EXCEED PAGE LIMIT - 1