UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE JOHNSON,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C23-5893 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 15, 2024, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including April 29, 2024, to file the optional Reply Brief.

DATED this 28th day of February, 2024.

                                                Ricardo S. Martinez
                                                United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1