UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C23-5893 RSM<br><br>**ORDER DENYING MOTION TO EXCEED THE PAGE LIMIT AND GRANTING MOTION TO AMEND THE SCHEDULING ORDER** |

      Before the Court are Plaintiff's Motion to Exceed the Page Limit and Defendant's unopposed Motion to Amend the Scheduling Order. Dkts. 12, 17.

      On January 30, 2024, Plaintiff filed a Motion to Exceed the Page Limit based on the case's "complex legal argument and voluminous administrative record." Dkt. 10. On January 31, 2024, the Court rejected Plaintiff's request because Plaintiff did not show as to why this case warrants a lengthy brief. Dkt. 11. On February 2, 2024, Plaintiff filed the same motion and again provided no justification for the request. Dkt. 12. On February 5, 2024, Plaintiff timely filed an Opening Brief, but the brief exceeded the Court's page limit requirements despite the Court's rejection of Plaintiff's earlier request. *See* Dkt. 13.

      The Court hereby **ORDERS**:

- Plaintiff's second Motion to Exceed the Page Limit, Dkt. 12, is **DENIED.**

- Plaintiff's Opening Brief filed on February 5, 2024, Dkt. 13, is **STRICKEN** from the

record.

- Plaintiff shall file a conforming Opening Brief of 18 pages or less no later than April 15, 2024.
- Defendant shall have up to and including May 15, 2024, to file a response to Plaintiff's Opening Brief.
- Plaintiff shall have up to and including May 29, 2024, to file the optional Reply Brief.

DATED this 3rd day of April, 2024.

Ricardo S. Martinez
United States District Judge