UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENISE JOHNSON,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5893 RSM

**ORDER DENYING MOTION TO EXCEED THE PAGE LIMIT**

       Before the Court is Plaintiff's third Motion to Exceed the Page Limit. Dkt. 19. Plaintiff initially requested to extend the Opening Brief page limit to 34 pages, but the Court rejected Plaintiff's requests after failing to show as to why this case warrants a lengthy brief. Dkts. 10–12, 18. In the instant motion, Plaintiff requests 27 pages, because the record contains over 2,600 pages and includes opinions from at least 11 different medical sources, and the case concerns a combination of Plaintiff's physical and mental impairments over multiple years. Dkt. 19 at 2. Plaintiff also states the case involves multiple errors including the ALJ's misevaluation of medical opinion evidence and Plaintiff's subjective statements, and the ALJ's erroneous reliance on testimony provided by the vocational expert. *Id*. However, this explanation describes most, if not all, Social Security cases. Plaintiff has presented nothing showing this case is unusually complicated or presents novel issues to justify granting the request. The Court, therefore, **DENIES** Plaintiff's motion.

ORDER DENYING MOTION TO EXCEED
THE PAGE LIMIT - 1

The Court acknowledges and appreciates that Plaintiff timely submitted an Opening Brief that complied with the Court's 18-page limit. *See* Dkt. 20. The Court's amended Scheduling Order remains in effect, therefore Defendant shall have up to and including May 15, 2024, to file a response to Plaintiff's Opening Brief, and Plaintiff shall have up to and including May 29, 2024, to file the optional Reply Brief. *See* Dkt. 18.

DATED this 18th day of April, 2024.

Ricardo S. Martinez
United States District Judge